PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration
CASPAR CHAN, CSBN 294804
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: 510-970-4810
    Facsimile: 415-744-0134
    Email: caspar.chan@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANGELA MARIA LOPEZ RODRIGUEZ,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 1:21-cv-00490-DAD-BAM<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE** |

The parties stipulate through counsel that Defendant, the Acting Commissioner of Social Security (the "Commissioner"), shall have an extension of 30 days to respond to Plaintiff's Motion for Summary Judgment in this case. In support of this request, the Commissioner respectfully states as follows:

1. Counsel for the Commissioner previously referred this matter to his client to consider the defensibility of this case and his client is in the process of evaluating this matter. Counsel for the Commissioner believes that this short extension may resolve this matter without necessitating this Court to address the merits of this matter. Moreover, this brief extension would conserve judicial time and resources should the Parties be able to resolve this matter.

2. This is the Commissioner's second request for an extension.

3. Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that he has no objections.

4. This request is made in good faith and is not intended to delay the proceedings in this matter.

WHEREFORE, the Parties stipulate that Defendant will have until August 8, 2022 to respond to Plaintiff's Motion for Summary Judgment.

Respectfully submitted,

Date: *July 8, 2022*   PEÑA & BROMBERG, PLC

By:   */s/ Caspar Chan for Francesco Benavides\**
JONATHAN PENA
FRANCESCO BENAVIDES
*\*Authorized by email on July 8, 2022*
Attorneys for Plaintiff

Date: *July 8, 2022*   PHILIP A. TALBERT
United States Attorney
Eastern District of California

By:   */s/ Caspar Chan*
CASPAR CHAN
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

Pursuant to the parties' stipulation, and for cause shown, including the conservation of judicial and party resources, the Commissioner's request for an extension of time to respond to Plaintiff's Motion for Summary Judgment is GRANTED. The Commissioner shall file an opposition to Plaintiff's Motion for Summary Judgment on or before August 8, 2022. All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated: **July 8, 2022**                     /s/ *Barbara A. McAuliffe*
                                            UNITED STATES MAGISTRATE JUDGE